FILED

08/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0671

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0671

STATE OF MONTANA,

Plaintiff and Appellee,

v.

GENE DEVERAUX,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Supplement the Record is GRANTED. The August 28, 2019 "Defendant's Reply On Motion for New Trial" shall be placed in the file of this Court for this cause.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 9 2021